IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| BLANCHE SANDERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:10cv0037 SWW |
| | * | |
| | * | |
| | * | |
| FRED'S STORE OF TENNESSEE, INC. | * | |
| | * | |
| Defendant. | * | |

## ORDER EXTENDING TIME TO COMPLETE DISCOVERY

1. Pursuant to the Final Scheduling Order filed in this matter on June 8, 2010, discovery shall be completed by October 5, 2010.

2. The parties have conferred regarding the completion of discovery and have reached an agreement to extend the discovery deadline to December 31, 2010.

3. Accordingly, the discovery deadline is hereby extended to and including December 31, 2010.

IT IS SO ORDERED this 4th day of October, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE