IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| BLANCHE SANDERS, | * |
| Plaintiff, | * |
| vs. | *   No. 3:10cv0037 SWW |
| FRED'S STORE OF TENNESSEE, INC. | * |
| Defendant. | * |

## ORDER TO WITHDRAW

The motion [doc.#17] of Keith Coker to withdraw as counsel for plaintiff Blanche Sanders is hereby granted.[1]

IT IS SO ORDERED this 29th day of December 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff continues to be represented by the Law Offices of Gary Green.